**Opinion issued June 17, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00260-CV

———————————

**IN RE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Texas Department of Family and Protective Services has filed a petition for writ of mandamus to vacate the trial court's order denying enforcement

of a mediated settlement agreement.[1]  We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.

---

[1]  The underlying case is *In the Interest of S.S. & A.L.*, cause number 2023-02489J, pending in the 312th District Court of Harris County, Texas, the Honorable Jim Evans presiding.